UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:20CR0309 RLW ) ) |
| SHANNON GIBSON, | ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE

Assistant Federal Public Defender Melissa K Goymerac enters her appearance as appointed counsel of record for the Defendant Shannon Gibson replacing all counsel who have previously appeared on behalf of the Defendant.

Respectfully submitted,

/s/Melissa K Goymerac
MELISSA K GOYMERAC   83550 VA
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: melissa_goymerac@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on 09/28/2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ Melissa K Goymerac
MELISSA K GOYMERAC   83550 VA